■ S.L. BLANGO, Plaintiff, and JAMES C. TIGHE et al., Respondents, v AMERICAN COMPRESSED GASES, INC., et al., Defendant, and Third-Party Plaintiff, et al., Defendants. NEW HAVEN DISTRIBUTION SERVICES, INC., Third-Party Defendant-Respondent, et al., Second and Third Third-Party Plaintiffs. TEXAS EASTERN TRANSMISSION CORPORATION, Second Third-Party Defendant-Appellant; TEXAS EASTERN PRODUCTS PIPELINE COMPANY, Third Third-Party Defendant-Appellant. [642 NYS2d 518] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered September 27, 1995, unanimously affirmed for the reasons stated by Katz, J., without costs and disbursements. No opinion. Concur—Milonas, J. P., Wallach, Rubin, Kupferman and Mazzarelli, JJ.